UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **AZALEA WOODS OF OUACHITA, ET AL.** | **CIVIL ACTION NO. 3:20-CV-00457** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PEOPLES REPUBLIC OF CHINA, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**ORDER**

Pending before the Court is a motion by David Andrew Christenson to file an amicus brief [Doc. No. 8] in this matter. Mr. Christenson is not a party, has not moved to intervene in this case, and has not indicated that he represents any interests other than his own. Mr. Christenson does not indicate that he is an attorney, and, at any rate, he is not admitted to practice in this jurisdiction. Rather, Mr. Christenson apparently objects to this class action as damaging to the United States and offers his theories on the state of the country and past and present events. Finally, he touts his own book.

The Court finds no basis to grant Mr. Christenson's motion nor does the Court believe his brief will be helpful to the issues presented. Therefore,

IT IS ORDERED that the motion is DENIED.

MONROE, LOUISIANA, this 4th day of June, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE