UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **AZALEA WOODS OF OUACHITA, ET AL.** | **CIVIL ACTION NO. 3:20-CV-00457** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PEOPLES REPUBLIC OF CHINA, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**MEMORANDUM ORDER**

David Andrew Christenson previously filed a motion to file an amicus brief [Doc. No. 8], which the Court denied. [Doc. No. 9]. One day after that denial (and before Mr. Christenson would have received the Court's order), the Clerk of Court received a second filing, styled an "Eighteenth Supplemental Petition/Application/Motion for En Banc" [Doc. No. 10].

As the Court previously stated, Mr. Christenson is not a party, has not moved to intervene in this case, is not an attorney admitted to practice in this District and has not indicated that he represents any interests other than his own.

It is unclear what Mr. Christenson seeks to achieve with his latest filing, but it is not helpful to the Court or the parties. Therefore,

IT IS ORDERED that the motion is DENIED.

IT IS FURTHER ORDERED that Mr. Christenson is not permitted to make filings in this matter.

MONROE, LOUISIANA, this 8th day of June, 2020.

                                              TERRY A. DOUGHTY
                                              UNITED STATES DISTRICT JUDGE